UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALVIN L. HEGGE,

          Petitioner,

  v.

JASON BENNETT,

          Respondent.

CASE NO. C23-6058 BHS

ORDER

THIS MATTER is before the Court pro se petitioner Alvin Hegge's motion for an extension of time, Dkt. 9, to file objections to Magistrate Judge Brian A Tsuchida's Report and Recommendation (R&R), Dkt. 5, recommending that the Court deny Hegge's 28 U.S.C. § 2254 habeas petition, Dkt. 4, deny a Certificate of Appealability, and dismiss the case with prejudice.

Hegge seeks an additional 60 days to object. Such a lengthy extension is not warranted. The Court will extend the due date for Hegge's objections to **January 30, 2024**. Hegge's motion is, to that extent, **GRANTED**.

The Clerk shall **RE-NOTE** the R&R, Dkt. 5, for February 2, 2024.

**IT IS SO ORDERED**.

ORDER - 1

1   Dated this 9th day of January, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2