UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALVIN L. HEGGE,

          Petitioner,

  v.

JASON BENNETT,

          Respondent.

CASE NO. C23-6058 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Brian A. Tsuchida's Report and Recommendation (R&R), Dkt. 5, recommending the Court deny pro se petitioner Alvin Hegge's 28 U.S.C. §§ 2241 and 2254 habeas petition, Dkt.1, dismiss the case with prejudice as time-barred and successive, and deny Hegge a certificate of appealability. Hegge's petition also asserts claims under 42 U.S.C. § 1983, based on his treatment in prison. Dkt. 1.

The Court granted in part Hegge's motion for an extension of time to object to the R&R, giving him 45 days to file, rather than the 14 days provided under Federal Rule of Civil Procedure 72(a). Dkts. 6, 7. Hegge instead filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i). Dkt. 8. Hegge asserts that this notice operates to dismiss this case without prejudice, leaving him free "to prepare a comprehensive memorandum of

ORDER - 1

authority in support of refiling his underlying Petition for Writ of Habeas Corpus." *Id.* at 5.

A plaintiff may voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The respondent in this case has not answered or filed a motion for summary judgment (and in a habeas case, would not file such a motion). The R&R concludes that Hegge's petition is time-barred, successive, and filed in the wrong district. The Court agrees, but it also agrees that Hegge's notice requires the Court to dismiss the case without prejudice. *See* Rule 41(a)(1)(A)(i).

The case is **DISMISSED without prejudice**. The Court **DECLINES** to adopt the R&R because it is moot.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 13th day of February, 2024.

BENJAMIN H. SETTLE
United States District Judge